# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENN WAREHOUSING & DISTRIBUTION, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 22-2285 |
| v. | : : | |
| SS UNITED STATES CONSERVANCY, | : : | |
| Defendant. | : | |

## FINAL ORDER AND JUDGMENT

**AND NOW,** this 14th day of June, 2024, following a bench trial, and for the reasons set out in the accompanying Memorandum Opinion, it is **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff Penn Warehousing & Distribution, Inc. as to Count I of its Amended Complaint (ECF No. 7).  It is further **ORDERED** that Defendant SS United States Conservancy must remove the SS *United States* from its berth at Pier 82 of the Port of Philadelphia no later than September 12, 2024

                                                    \_\_\_s/ANITA B. BRODY, J._____
                                                    ANITA B. BRODY, J.